

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

September 10, 2010

## To: Attorneys of Record

RE: A:01CR182
United States of America vs. David Lynn McKeever

The above captioned case was closed on **9/4/01.** We have sealed exhibits submitted by the Government which we are returning.

As stated in Local Rule CR 55,

> "Within 60 days after final disposition of the case, including appeal, and denial of, or expiration of the time in which to file, a petition for writ of certiorari in the U.S. Supreme Court, the party who offered an exhibit must remove it from the clerk. Failure to remove any exhibit within 60 days of final disposition of the case may result in the clerk destroying or otherwise disposing of the exhibit."

Please contact our office to make arrangements to pick up the exhibits. In accordance with Local Rule CR 55(b), if the exhibits are not claimed by September 24, 2010 they will be disposed of by the Clerk.

I am enclosing an exhibit receipt form for your use.

Very truly yours,

Mary Chouinard
Deputy Clerk

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

I, the undersigned, do hereby acknowledge receipt of the following exhibits submitted by Gov't in Case No. A:01CR182; styled: United States of America vs. David Lynn McKeever.

List of Exhibits:

_____      _____
*Date*                           *Signature*

                                 _____
                                 *Printed Name*

                                 _____
                                 *Name of Firm*

                                 _____
                                 *Phone Number*